IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSE J. CORREA,

                Petitioner,

   v.                                              ORDER
                                                        07-C-619-S

FEDERAL BUREAU OF PRISONS,

                Respondents.

---

    Petitioner has submitted a complaint and an affidavit of indigency. Before petitioner's request to proceed <u>in forma pauperis</u> can be addressed he shall submit a certified copy of his trust fund account statement for the last six months.

    Failure to submit this information by November 14, 2007 may result in dismissal of this action for failure to prosecute.

ORDER

    IT IS ORDERED that petitioner shall submit a trust fund account statement by November 14, 2007 or this action may be dismissed for his failure to prosecute.

    Entered this 31st day of October, 2007.

                                      BY THE COURT:

                                      __/s/_____
                                      JOHN C. SHABAZ
                                      District Judge