IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JOSE J. CORREA,

        Plaintiff,

  v.                                         ORDER
                                                07-cv-619-jcs

FEDERAL BUREAU OF PRISONS,

        Defendant.
_____

    Plaintiff moves for a preliminary injunction seeking his release to a halfway house. Defendant shall respond to this motion at the time it files its responsive pleading. Plaintiff may then have ten days to reply.

ORDER

    IT IS ORDERED that defendant shall respond to plaintiff's motion for a preliminary injunction at the time it files its responsive pleading; plaintiff may then have ten days to reply.

    Entered this 4th day of January, 2008.

                                BY THE COURT:

                                /s/

                              _____
                              JOHN C. SHABAZ
                              District Judge